**MARDEN LAW, INC.**
Ryan K. Marden (SBN 217709)
Brian Yasuzawa (SBN 245322)
18012 Cowan, Suite 200
Irvine, CA 92614
Tel: (714) 822-4450
Email:  brian@marden-law.com
Email:  legal@marden-law.com

**MFS Legal Inc.**
Near F. Morrow III (SBN 295497)
21143 Hawthorne Blvd., Ste 514
Torrance, CA 90503
Attorneys for Plaintiff
JEFFERY TODD BIRKENSEER

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
RESHMA A. BAJAJ (SBN 227106)
rbajaj@grsm.com
consumerwarrantyjaguar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Attorneys for Defendant,
JAGUAR LAND ROVER NORTH AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFERY TODD BIRKENSEER,** | Case No.: 4:26-cv-01793-AMO |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO DISMISS AND ORDER** |
| **JAGUAR LAND ROVER NORTH AMERICA, LLC,** a limited liability company; and DOES 1 through 10 inclusive, | |
| Defendant. | |

**TO THE HONORABLE COURT**

Plaintiff, JEFFERY TODD BIRKENSEER (herein referred to as "Plaintiff") and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant"), by and through their attorneys, hereby stipulate that this action be dismissed with prejudice as to all claims and causes of action.  Plaintiff and Defendant hereby request the Court to enter into the Order attached herein to dismiss the action, in its entirety, between Plaintiff and Defendant.

DATED:  June 8, 2026          Marden Law Inc.


                              */s/ Brian Yasuzawa*_____
                              Brian Yasuzawa
                              Attorney for Plaintiff


DATED:  June 8, 2026          GORDON REES SCULLY
                              MANSUKHANI, LLP


                              */s/ Reshma A. Bajaj*
                              Reshma A. Bajaj
                              Attorneys for Defendant
                              Jaguar Land Rover North America, LLC

**Marden Law Inc.**
Brian T. Yasuzawa (SBN 245322)
18012 Cowan, Suite 200
Irvine, CA 92614
Tel: (714) 822-4450
brian@marden-law.com
**MFS Legal Inc.**
Near F. Morrow III (SBN 295497)
21143 Hawthorne Blvd., Ste 514
Torrance, CA 90503
twanice@calemonlawteam.com

Attorneys for Plaintiffs,
JEFFERY TODD BIRKENSEER

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
RESHMA A. BAJAJ (SBN 227106)
rbajaj@grsm.com
consumerwarrantyjaguar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant,
JAGUAR LAND ROVER NORTH AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFERY TODD BIRKENSEER, | Case No: 4:26-cv-01793-AMO |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO DISMISS** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 10 inclusive, | |
| Defendant. | 1 |

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on June 8, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated:    June 15, 2026              By:    _____

The Honorable A_____ in

United States Dis_____

*Judge Araceli Martinez-Olguin*

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS